# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moving Oxnard Forward Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Michelle Ascencion, in her official capacity as City Clerk for the City of Oxnard,<br><br>    Defendant. | Case No.: CV 20-4122-CBM-(AFMx)<br><br>**JUDGMENT [JS-6]** |

    Consistent with the Order re: Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and Plaintiff's Motion for Summary Judgment / Adjudication, judgment is entered in favor of Defendant Michelle Ascencion, in her official capacity as City Clerk for the City of Oxnard, and against Plaintiff Moving Oxnard Forward Inc.

DATED: August 5, 2021.

                                        HON. CONSUELO B. MARSHALL
                                        UNITED STATES DISTRICT JUDGE